| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Matthew Fissel, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>mfissel@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC | |
| In Re:<br>Courtney M. Saavedra<br>Debtor | Case No.:  26-10693 JKS<br><br>Hearing Date: 4/9/2026 @ 8:30am<br><br>Judge:  John K. Sherwood |

Order Filed on April 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: April 9, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:        Courtney M. Saavedra
Case No.:      26-10693 JKS
Caption:       **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
               DEBTORS' CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, holder of a mortgage on real property located at 125 Sun Valley Way, Morris Plains NJ 07950, Matthew Fissel appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Robert L. Schmidt, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, when same is filed. through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments  in accordance with  the terms  of the note, mortgage, and notices  of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.