Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−10693−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Courtney M. Saavedra
    125 Sun Valley Way
    Morris Plains, NJ 07950

Social Security No.:
    xxx−xx−0040

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 10, 2026.

Dated: April 10, 2026
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                   Case No. 26-10693-JKS

Courtney M. Saavedra                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: plncf13 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Courtney M. Saavedra, 125 Sun Valley Way, Morris Plains, NJ 07950-2017 |
| 520955182 | + | Bryan Saavedra, 125 Sun Valley Way, Morris Plains, NJ 07950-2017 |
| 521023364 | | Jefferson Capital Systems LLC, PO Box 7999 St. Cloud MN 56302-9617 |
| 521031825 | + | Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 10 2026 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 10 2026 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Apr 10 2026 21:02:00 | NEWREZ LLC D/B/A SHELLPOINTMORTGAGE SERVICING, P.O. Box 10826, P.O. Box 10826, Greenville, Sc 29603-0826 |
| 520954903 | + | Email/Text: bankruptcynotice@1fbusa.com | Apr 10 2026 21:04:00 | 1st Financial Bank USA, 363 W Anchor Dr., North Sioux City, SD 57049-5154 |
| 521009154 | | Email/PDF: bncnotices@becket-lee.com | Apr 10 2026 21:05:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520954904 | + | Email/PDF: bncnotices@becket-lee.com | Apr 10 2026 21:05:29 | Amex, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520954905 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 10 2026 21:05:34 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520984857 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 10 2026 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520954906 | | Email/Text: EBN@Mohela.com | Apr 10 2026 21:03:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 521044259 | | Email/Text: EBN@Mohela.com | Apr 10 2026 21:03:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 520954907 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 10 2026 21:02:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 520954908 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 10 2026 21:02:00 | NR/SMS/CAL, 601 Office Center Drive, Fort Washington, PA 19034-3275 |
| 520954909 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 21:05:07 | SYNCB/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 521051042 | | Email/Text: mtgbk@shellpointmtg.com | Apr 10 2026 21:02:00 | Towd Point Mortgage Grantor Trust 2025-CRM1, c/o NewRez LLC d/b/a, Shellpoint Mortgage |

District/off: 0312-2                              User: admin                                    Page 2 of 2

Date Rcvd: Apr 10, 2026                           Form ID: plncf13                              Total Noticed: 22

|  |  |  |  | Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
|---|---|---|---|---|
| 520954910 | + | Email/Text: vci.bkcy@vwcredit.com | Apr 10 2026 21:04:00 | VW Credit Inc., 1401 Franklin Blvd., Libertyville, IL 60048-4460 |
| 521024593 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Apr 10 2026 21:02:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 520954911 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Apr 10 2026 21:05:35 | WFBNA Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 521028097 |  | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 10 2026 21:05:23 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521027629 |  | 1st Financial Bank USA, Jefferson Capital Systems, LLC Assignee, Po Box 7999 |
| 521009166 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Asaph Abrams | bkecfinbox@aldridgepite.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC s/b/m Nationstar Mortgage LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Robert L. Schmidt | on behalf of Debtor Courtney M. Saavedra robert@astschmidtlaw.com  info@astschmidtlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5